**Fill in this information to identify the case:**

Debtor 1: John Devin Ringgold

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number: 19-10431-BLS

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: Quicken Loans Inc.

Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 3 5 2 1

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | Plan Review (7/3/19) | (3) | $ 250.00 |
| 4. Filing fees and court costs | MFR filing Cost (5/20/19) | (4) | $ 181.00 |
| 5. Bankruptcy/Proof of claim fees | Proof of Claim (7/16/19) | (5) | $ 250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ _____ |
| 11. Other. Specify: Attorney Fees | Plan Objection (7/13/19) | (11) | $ 400.00 |
| 12. Other. Specify: Attorney Fees | MFR (5/20/19) | (12) | $ 400.00 |
| 13. Other. Specify: _____ | | (13) | $ _____ |
| 14. Other. Specify: _____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **John Devin Ringgold**
        First Name    Middle Name    Last Name

Case number (*if known*) **19-10431-BLS**

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Christina J. Pross**
Signature

Date **8 / 13 / 2019**

Print: **Christina J. Pross**
     First Name    Middle Name    Last Name

Title **Attorney**

Company _____

Address **200 Continental Drive, Suite 215**
Number    Street
**Newark**    **DE**    **19713**
City    State    ZIP Code

Contact phone ( **302** ) **731** - **8349**

Email **cpross@mwm-law.com**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>JOHN DEVIN RINGGOLD,<br><br>              Debtors | CASE NO. 19-10431 BLS<br>CHAPTER 13 |

### CERTIFICATE OF SERVICE OF POST-PETITION FEE NOTICE

    I, Christina J. Pross, hereby certify that on August 13, 2019, true and correct copies of the foregoing Post-Petition Fee Notice were served upon the parties listed below in the manner stated:

BY US MAIL
John Devin Ringgold
508 Mason Drive
New Castle, DE 19720
*Debtors*

BY US MAIL & ECF
Frances Gauthier
100 W. 10th Street
Suite 203
Wilmington, DE 19801
*Attorneys for Debtors*

BY US MAIL & ECF
Michael B. Joseph
824 Market Street
P.O. Box 1351
Wilmington DE 19899-1351
*Chapter 13 Trustee*

BY US MAIL
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
*U.S. Trustee*

Respectfully submitted,

Dated: 8/13/2019

*/s/ Christina J. Pross*
Mattleman Weinroth & Miller, PC
200 Continental Drive, Suite 215
Newark, DE 19713
(302) 731-8349
(302) 731-8753 (facsimile)